# UNITED STATES DISTRICT COURT

for the

District of Minnesota

**REDACTED**

UNITED STATES OF AMERICA

v.

JOHN EDWIN KUHNEL

Case No. 17-MJ-521 DTS

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 29, 2016, in Hennepin County, in the State and District of Minnesota, the defendant,

> having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely, a conviction on or about September 7, 2010, in Hennepin County, Minnesota, for Criminal Sexual Conduct in the Second Degree, did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate commerce, including by computer, and had been mailed, shipped and transported in and affecting interstate commerce, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the computer video file LOLYSPORT-PTSC.MPG, all in violation of Title 18, United State Code, Sections 2252(a)(4)(B) and 2252(b)(2).

I further state that I am a Task Force Officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF DALE S. HANSON

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

DALE S. HANSON, TASK FORCE OFFICER, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 15, 2017

_____
*Judge's signature*

City and state:  Minneapolis, Minnesota

David T. Shultz, U.S. Magistrate Judge
*Printed name and title*

SCANNED
JUL 0 6 2017
U.S. DISTRICT COURT ST. PAUL

17-MJ-521 DTS

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN ) ss. AFFIDAVIT OF DALE S. HANSON

1. Your affiant, Dale S Hanson, being duly sworn, does depose and state as follows:

2. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have been so employed as a licensed police officer in the State of Minnesota for 18 years. I am currently assigned to Minneapolis Police Crime Lab and the FBI's Child Exploitation Task Force with the Minneapolis, Minnesota, Division of the FBI. I have received training in the methods of forensic analysis of computers and cellular phones. This training has been provided by organizations such as Fox Valley Community College, The Internet Crimes against Children Task Force, Guidance Software, The National White Collar Crime Center, Accessdata, and The High Technology Crime Investigators Association. I have conducted over 900 peer-to-peer ("P2P") investigations since 2006. I am an instructor in peer to peer investigations and have testified as an expert witness in this type of case. I have also conducted hundreds of computer and cellular phone examinations since 2004.

3. The facts and information contained in this affidavit are based on my own investigation as well as training, experience, conversations with other law enforcement officers, and upon my review of official reports submitted in relation to this investigation.

4. This affidavit is submitted in support of a criminal complaint against JOHN EDWIN KUHNEL on grounds that he committed violations of Title 18, United States Code, and Sections 2252(a)(4)(B) and 2252(b)(2) (Possession of Child Pornography). The elements of the offense are as follows: (1) the defendant knowingly possessed a computer video and/or image that contained visual depictions of child pornography; (2) the defendant knew the visual depictions were of a minor engaging in sexually explicit conduct; and (3) the visual depictions were produced using materials that had been transported in interstate or foreign commerce, including by computer

1

5.  This affidavit does not contain all the facts known to me regarding these matters, but only those sufficient to support a finding of probable cause for the requested warrant.

6.  As of November 2016, John Edwin Kuhnel (DOB 3/21/1979) was on supervised release for a 2010 2nd degree Criminal Sexual Conduct conviction. The victim was [ ]. Kuhnel has had two prior probation violations in 2011 and 2013. Additionally, in June 2016, the monitoring software on Kuhnel's cellular phone found pictures of male genitalia, that appeared to be "selfies." Kuhnel was confronted and admitted to taking the images and sending them to a former girlfriend from high school. Hennepin County Probation Officer Brian James, who monitored John Kuhnel, had also found that Kuhnel had a Craigslist account that he was using to solicit sexual activity in exchange for illegal drugs. He found that Kuhnel had requested unknown parties to role play rape scenes and daddy/daughter sex with him. P.O. James has also received reports from a fellow probation officer that Kuhnel was observed drinking alcohol.

7.  On November 22, 2016, P.O. James found that Kuhnel had a Facebook account, under his own name, and that the profile picture had been updated on November 11, 2016. The Facebook account had not been authorized by P.O. James. Kuhnel was required based on the terms of his supervised release to report any online accounts to probation and provide the passwords to those accounts.

8.  On November 29, 2016, Kuhnel went to the Hennepin County Probation office and turned his phone over to P.O. James. P.O. James confronted Kuhnel about his reported alcohol use and his Facebook account. Kuhnel admitted to occasional alcohol use and he admitted that he used Facebook. Kuhnel reported that he only used Facebook to keep in touch with people. He admitted that he only accessed Facebook from his work laptop. Kuhnel provided the password for his work laptop. Kuhnel denied using a Twitter account even though it was linked to his email account and had the same password as his e-mail account.

9.  P.O. James also confronted Kuhnel about a Craigslist e-mail found in his account that referred to someone visiting the area and looking for someone to show them

around. He admitted that this was something that he should not have been doing on Craigslist. Kuhnel denied any sexual purposes in the Craigslist-related e-mail.

10. Kuhnel was asked to accompany P.O. James to Kuhnel's vehicle, which was parked in a nearby ramp, and he complied. He admitted that his work computer was in the vehicle. A black bag was found in the back of the car and it contained two computers. Kuhnel stated that the larger laptop belonged to a client that he got the day before and was going to work on. P.O. James seized both laptops and told Kuhnel he was to return to the Probation Office the following morning. Kuhnel did not report to the Probation Office as directed the following morning, fled the state, and was later arrested by warrant in Colorado.

11. P.O. James powered on the larger laptop (HP Pavilion). Once the power came back on, the screen displayed Kuhnel's Facebook page and appeared to be logged in. P.O. James found pictures and videos that appeared to be pornographic. He also found the computer logged into an unknown e-mail account which had an inbox message from Craigslist. Both computers were turned over to P.O Ruzich for further review.

12. P.O. Ruzich used the program osTriage to scan the HP Pavilion laptop. He reviewed the preliminary findings from osTriage and started to review the images on the computer. P.O. Ruzich found images that he believed were child pornography. One of the files was located in the following file path and had the title:

c:\users\jkuhnel\downloads\newsleecher\darknet\ !!!!!!!!!!!!!!!!!!!!!!!!!!new! pedo 9yo tori 01 lsm kdquality childlover pthc kidzilla 08(.jpg

13. P.O. Ruzich ceased the examination and contacted me. On December 13, 2016, I obtained a state search warrant to search both computers.

14. Both computers were forensically examined at the MPD Crime Lab. No child pornography was found on the computer Kuhnel reported using for work. The HP laptop computer was found to contain over 33,000 child pornography images and videos. Over 38,000 child erotic files were also found on that computer. Upon submission of the images to the National Center for Missing and Exploited

Children ("NCMEC"), 5,000 of those files were found to be of previously identified child victims. These include:

a. **File Name**: Babyj 5Yo T-438836873-(Pthc) (Hussyfan) (Kingpass) (Vicky) (Lordofthering) (Moscow) (Liluplanet) (Kleuterkutje) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) Rca2.mpg
   i. **Hash Value**: A37259F6404C311D3091B52C34468EF1
   ii. **Creation Date**: 2/14/2016
   iii. **File Path**: 2016-380-1, P6\keep
   iv. **NCMEC Series**: RCA (Georgia)
   v. **File Description**: This file is a video that runs for 24 minutes and 52 seconds. The video shows a semi-nude prepubescent female masturbating in front of the camera. Throughout the video, the girl is masturbating and displaying her genitalia and buttocks to the camera.

b. **File Name**: LOLYSPORT-PTSC.MPG
   i. **Hash Value**: 5C5FCC3BB3477622F7F4EA7D63180753
   ii. **Creation Date**: 8/7/2016
   iii. **File Path**: 2016-380-1, P4\Users\jkuhnel\Downloads\Newsleecher\DarkNet
   iv. **NCMEC Series**: Ballet Girl (Indiana)
   v. **File Description**: This file is a video that runs for 3 minutes and 1 second. The video shows two nude females (approx 12-14 years old) walking around a gymnastics studio. They are later in a weightlifting room. One of the girls sits down on a weightlifting machine. Her genitalia is exposed to the camera while she uses the machine.

c. **File Name**: 11yo_posing_20.jpg
   i. **Hash Value**: ED22E85E8428F6CAECE830FAA26D5380
   ii. **Creation Date**: 1/31/2016
   iii. **File Path**: 2016-380-1, P6\keep\thumbnails
   iv. **NCMEC Series**: 100Acres (Missouri)
   v. **File Description**: This file is a digital image showing a nude 12-14 year female on a bed. She has her legs spread open towards the camera, exposing her genitalia.

d. **File Name**: 100_0532.jpg
   i. **Hash Value**: EBFC3CAA9046F18B4E7D742932D0684D
   ii. **Creation Date**: 1/20/2017
   iii. **File Path**: 2016-380-1, P6\keep\BJOB and 2016-380-1, P6\Path Unknown\Carved
   iv. **NCMEC Series**: Ali (Washington)
   v. **File Description**: This file is a digital image showing a prepubescent female performing oral sex on an adult male.

4

e. File Name: PTHC - 6yo~16yo Blowjob by Caligvla - (311).jpg
   i. Hash Value: 98D6795292B6599E2BF8F1252674C45B
   ii. Creation Date: 4/10/2016
   iii. File Path: 2016-380-1, P6\keep\BJOB
   iv. NCMEC Series: cbaby (Texas)
   v. File Description: This file is a digital image that shows a prepubescent female performing oral sex on an adult male.

f. File Name: 1211724777736.jpg
   i. Hash Value: F8AF83833AF08528D269FC56010239E5
   ii. Creation Date: 5/22/2016
   iii. File Path: 2016-380-1, P6\keep\BJOB
   iv. NCMEC Series: Cindy (Illinois)
   v. File Description: This file is a digital image showing a female, who appears to be 10-12 years old), washing the erect penis of an adult male.

15. A program, Newsleecher, was found on the HP laptop that indicates that the user was downloading the child pornography files from Newsgroups. Newsgroups were originally intended to be an online discussion board for various topics. Newsgroups allow users to send messages as text or as binary messages. Binary messages allows users to attach files to messages. Based on my training and experience, child pornographers and those who trade child pornography often embed digital images or videos in messages that can be downloaded by other users over an internet connection.

16. Timeline analysis of the activity on the HP laptop indicates that Kuhnel was using the computer in close proximity to the child pornography activity. An example of this would be Kuhnel's email address being entered into the internet browser Chrome within a half hour of the user accessing files with child pornography titles. Additionally, personal photos and documents that appeared to belong to Kuhnel were found on the HP laptop.

Based upon the above information, I believe that there is probable cause to conclude that on November 29, 2016, in the State and District of Minnesota, John Edwin Kuhnel did knowingly possess child pornography in violation of 18 United States Code, Sections 2252(a)(4)(B), and 2252(b)(2).

5

17. Further your affiant sayeth not.

#2712

Dale S. Hanson
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 15th day of June, 2017.

The Honorable David T. Schultz
U.S. Magistrate Judge

6