UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 17-158 (JRT/BRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| v. | ) | 18 U.S.C. § 2252(b)(1) |
| | ) | 18 U.S.C. § 2252(b)(2) |
| JOHN EDWIN KUHNEL, | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(2) |
| Defendant. | ) | 18 U.S.C. § 2253(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNTS 1-9**
(Receipt of Child Pornography)

On or about the dates set forth below, in the State and District of Minnesota, the defendant,

**JOHN EDWIN KUHNEL,**

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely, a conviction on or about September 7, 2010, in Hennepin County, Minnesota, for Criminal Sexual Conduct in the Second Degree, did knowingly receive visual depictions using a means and facility of interstate and foreign commerce and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit:

SCANNED

APR 0 1 2019

U.S. DISTRICT COURT ST. PAUL

United States v. John Edwin Kuhnel

| Count | On or About Date | Computer File Names and Descriptions |
|---|---|---|
| 1 | January 3, 2016 | gu-034-054.jpg, an image that depicts a nude, prepubescent female posing in front of a professional-looking set, exposing her genitalia to the camera. |
| 2 | January 3, 2016 | lsg-50-89.jpg, an image that depicts a nude, prepubescent female wearing heavy makeup and posing on a rock, exposing her genitalia to the camera. |
| 3 | Between January 3, 2016, and January 31, 2016 | [Victim A] 12yo – Make Daddy Cum NEW 2007.mp4, a video, fifty-five seconds in duration, that depicts a female, approximately twelve to fourteen years old, performing oral sex on an adult male. |
| 4 | Between January 3, 2016, and January 31, 2016 | [Victim B] 8y masturbation.avi, a video, eleven seconds in duration, that depicts a nude female, approximately ten to twelve years old, lying on a bed with her legs spread and inserting her finger into her vagina. |
| 5 | Between January 3, 2016, and January 31, 2016 | [Victim C] 3yo 4yo – Cuming In Mouth (Private).avi, a video, twenty-nine seconds in duration, that depicts an adult male placing his penis in the mouth of a child who is approximately three to four years old. |
| 6 | Between January 3, 2016, and January 31, 2016 | sperm-4.avi, a video, eleven seconds in duration, that depicts a nude female, approximately four to five years old, lying on her back, with an adult male standing over her and masturbating. |
| 7 | Between January 3, 2016, and January 31, 2016 | [Victim D] The missing oral cumshot (v.good).avi, a video, two minutes and one second in duration, that depicts a nude female, approximately ten to twelve years old, performing oral sex on an adult male. |
| 8 | August 7, 2016 | [Victim D] The missing oral cumshot (v.good).avi, a video, two minutes and one second in duration, that depicts a nude female, approximately ten to twelve years old, performing oral sex on an adult male. |
| 9 | August 27, 2016 | 1269748811797.jpg, an image that depicts a nude female, approximately eight to twelve years old, lying on her back and displaying her genitalia and anus to the camera. |

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

2

United States v. John Edwin Kuhnel

## COUNT 10
(Possession of Child Pornography)

On or about November 29, 2016, in the State and District of Minnesota, the defendant,

## JOHN EDWIN KUHNEL,

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely, a conviction on or about September 7, 2010, in Hennepin County, Minnesota, for Criminal Sexual Conduct in the Second Degree, did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following computer video and image files:

a) Babyj 5Yo T-438836873-(Pthc) (Hussyfan) (Kingpass) ([Victim E]) (Lordofthering) (Moscow) (Liluplanet) (Kleuterkutje) (Nablot) (St Petersburg) (R@Ygold) (Babyshivid) Rca2.mpg, a video, twenty-four minutes and fifty-two seconds in duration, that depicts a semi-nude prepubescent female masturbating in front a camera, displaying her genitalia and buttocks to the camera;

b) LOLYSPORT-PTSC.MPG, a video, three minutes and one second in duration, that depicts two nude females, approximately twelve to fourteen years old, one of whom exposes her genitalia to the camera;

c) 11yo_posing_20.jpg, an image that depicts a nude female, approximately twelve to fourteen years old, laying on a bed and exposing her genitalia towards the camera;

3

United States v. John Edwin Kuhnel

   d) 1211720563375.jpg, an image that depicts a prepubescent female performing oral sex on an adult male;

   e) PTHC - 6yo~16yo Blowjob by [Victim F] - (311).jpg, an image that depicts a prepubescent female performing oral sex on an adult male; and

   f) 1211724777736.jpg, an image that depicts a female, approximately ten to twelve years old, washing the erect penis of an adult male.

all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

**COUNT 11**
(Possession of Child Pornography)

On or about November 29, 2016, in the state and District of Minnesota, the defendant,

**JOHN EDWIN KUHNEL,**

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely, a conviction on or about September 7, 2010, in Hennepin County, Minnesota, for Criminal Sexual Conduct in the Second Degree, did knowingly possess any matter, including a computer, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: [Victim G.jpg], a computer image file depicting a known minor, approximately ten or eleven years old, that had been adapted or modified to appear that the known minor is naked and displaying her genitalia to the camera, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

4

United States v. John Edwin Kuhnel

## FORFEITURE ALLEGATIONS

Counts 1 through 11 of this Superseding Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

### JOHN EDWIN KUHNEL,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3)    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to an HP laptop, Serial number 5CD2456F08.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

5

United States v. John Edwin Kuhnel

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), 2252A(a)(5)(B), 2252A(b)(2), and 2253(a).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON